**FILED**
CLERK, U.S. DISTRICT COURT

**10/20/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CD____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>KARINA TOLEDO,<br><br>          Defendant. | ED CR  5:23-cr-00210-JGB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Possession with<br>Intent to Distribute<br>Methamphetamine; 21 U.S.C. § 853:<br>Criminal Forfeiture] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 7, 2023, in Riverside County, within the Central District of California, defendant KARINA TOLEDO knowingly and intentionally possessed with the intent to distribute at least 50 grams, that is, approximately 1,786.69 grams, of methamphetamine, a Schedule II controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of the offense set forth in this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from such offense;

(b)   All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense; and

(c)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.   Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond

///

1  the jurisdiction of the court; (d) has been substantially diminished

2  in value; or (e) has been commingled with other property that cannot

3  be divided without difficulty.

4

5                                          A TRUE BILL

6

7                                            /S/

8                                          _____
                                           Foreperson

9  E. MARTIN ESTRADA
   United States Attorney
10

11 MACK E. JENKINS
   Assistant United States Attorney
   Chief, Criminal Division
12

13

14 SCOTT M. GARRINGER
   Assistant United States Attorney
15 Deputy Chief, Criminal Division

16 IAN V. YANNIELLO
   Assistant United States Attorney
17 Deputy Chief, General Crimes
   Section
18

19 J'ME K. FORREST
   Assistant United States Attorney
20 General Crimes Section

21

22

23

24

25

26

27

28

                              3